

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2022

No. 04-22-00649-CR

**EX PARTE** Jeremiah Jordan **BROWN**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 22-03-14361-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

   Appellee's brief was due on November 14, 2022. On December 8, 2022, appellee filed a motion requesting an extension of time to file appellant's brief. Appellee's motion is GRANTED. Appellee's brief is due **no later than December 29, 2022**. *Further requests for extension of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2022.

_____
Michael A. Cruz,
Clerk of Court